AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>Wuanda Yudelka PEGUERO<br><br>*Defendant(s)* | Case No. 25- 115 (MJ)( ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 8, 2025__ in the county of __-__ in the __--__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a)(1) | Illegal reentry of removed alien |

This criminal complaint is based on these facts:

See Attached Affidivit.
Reviewed by: AUSA Antonio J. Lopez-Rivera

The United States requests temporary detention pending preliminary hearing and detention hearing.

☑ Continued on the attached sheet

*Complainant's signature*

CBP Officer, Juan E. Batista-Aybar
*Printed name and title*

Sworn to before me pursuant to FRCP 4.1 at __10:20 am__ by telephone, this __9th__ day of February 2025, in San Juan, Puerto Rico.

Date: February 9, 2025

Digitally signed by
Hon. Bruce J. McGiverin
*Judge's signature*

City and state: San Juan, Puerto Rico

Hon. Bruce J. McGiverin, United States Magistrate Judge
*Printed name and title*