2025 FEB 13 PM 3:20

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| v. | CRIMINAL NO. 25-079 (GMM) |
| WANDA YUDELKA PEGUERO,<br>Defendant | VIOLATION:<br>8 U.S.C. § 1326(a)<br>(ONE COUNT) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Re-entry of Removed Alien
### (Title 8, *United States Code*, Section 1326(a))

On or about February 8, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**WANDA YUDELKA PEGUERO,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States, was found in the United States, without obtaining, prior to her re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Section 1326(a).

W. STEPHEN MULDROW
United States Attorney

TRUE BILL.

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Steven Liong-Rodríguez
Special Assistant United States Attorney