# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

5 MINUTE

| | |
|---|---|
| MINUTE OF PROCEEDINGS<br>U.S. MAGISTRATE JUDGE MARCOS E. LOPEZ<br>COURT REPORTER: **DCR** | DATE: February 13, 2025.<br>AUSA Cesar Rivera-Diaz<br>COURTROOM NO: **OSJ 6** |

```
UNITED STATES OF AMERICA

Plaintiff

v

WANDA YUDELKA PEGUERO (1)
Defendant(s)
```

Return of
Indictment by the Grand Jury
Criminal No. **25-CR-0079 (GMM)**

Indictment was filed in open court.

**Arraignment / Bail set for February 14, 2025 at 9:00 AM in HR Courtroom 5 before Magistrate Judge Marcos E. Lopez.**

Case is assigned to Judge Gina R. Mendez-Miro.

**NEW CASE:**

☐  This Indictment supersedes Criminal Case No. _____.

☒  Defendant(s) **appeared** in 25-mj-00115. Magistrate case merged and closed.

☐  Defendant(s) charged in magistrate case -----. but **not arrested.** Magistrate case merged and closed.

☐  Defendant(s) **not charged** in magistrate case.

☐  The Court granted the government's motion to seal.

☐  Defendant(s) to remain on same bond.

☒  Defendant(s) under custody: _____. Marshal to produce defendant(s).

☐  Arrest warrants to be issued.

☐  Summons to be issued.

**S/María Luz Díaz**
Courtroom Deputy Clerk